IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROY COMBS, ID # 30807-177,             )
       Movant,                           )
                                         )       No. 3:08-CV-0032-N-BH
vs.                                    )
                                         )       No. 3:03-CR-0188-N (09)
UNITED STATES OF AMERICA,              )
       Respondent.                       )

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

       Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

       ( )       The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

       ( **X** )       the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

       ( **X** ) Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. *See also* Fed. R. App. P. 24(a)(5).

**SIGNED May 20, 2011.**

                                                                   **DAVID C. GODBEY
                                                                   UNITED STATES DISTRICT JUDGE**